UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Christopher Demar FORD,<br><br>    Defendant. | Magistrate Case No. **21-MJ-0894**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C. Sec. 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien<br>Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about March 8, 2021, within the Southern District of California, Defendant, Christopher Demar FORD, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Esmeralda MARTIN-Sostenes and Gabina SOSTENES-Vazquez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1. on March 9, 2021.

HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Esmeralda MARTIN-Sostenes and Gabina SOSTENES-Vazquez are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 8, 2021, at approximately 9:25 P.M., a CBP Officer, assigned to the Anti-Terrorism Contraband Enforcement Team, was conducting pre-primary roving operations at the Otay Mesa, California Port of Entry vehicle lanes when he targeted a silver Nissan Rogue bearing California license plates. The CBP Officer made contact with the driver and sole visible occupant, Christopher Demar FORD (Defendant), a United States citizen, who stated he was going to work in Otay Mesa, California with nothing to declare. The CBP Officer conducted an inspection and noticed the undercarriage had dark paint and welding under the rear bumper. A Canine Enforcement Officer and his Human/Narcotic Detector Dog (HNDD) alerted to the rear undercarriage. The CBP Officer requested assistance and placed the Defendant in handcuffs. The Defendant was secured and escorted to the security office for initial processing. The vehicle was driven into secondary for further inspection.

In secondary, two females were assisted from a non-factory compartment within the rear cargo area of the vehicle. The females were later identified as Esmeralda MARTIN-Sostenes (MW1) and Gabina SOSTENES-Vazquez (MW2), both citizens and nationals of Mexico, with no entitlements to enter, pass through or reside in the United States, and now held as Material Witnesses.

During a video-recorded interview, MW's stated they are citizens of Mexico, with no legal documents to enter the United States. MW's stated a friend made the smuggling arrangements for each. MW's stated they would each pay $10,000 USD once successfully across in the United States. MW's stated they were going to New York, New York to resume employment and residence.